McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134

    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ELIZABETH ALVARADO, | Case No. 1:17-cv-0662-EPG |
|     Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until June 18, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due schedule conflicts, as explained in the attached declaration. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

| | | | |
|---|---|---|---|
| 1 | Date: April 18, 2018 | By: | */s/ Monica Perales* * |
| 2 | | | MONICA PERALES<br>Attorney for Plaintiff |
| 3 | | | (*By e-mail authorization on 04/18/18) |
| 4 | Dated: April 18, 2018 | | McGREGOR W. SCOTT |
| 5 | | | United States Attorney<br>DEBORAH LEE STACHEL |
| 6 | | | Regional Chief Counsel, Region IX |
| 7 | | | Social Security Administration |
| 8 | | | */s/ Donna W. Anderson*<br>DONNA W. ANDERSON |
| 9 | | | Special Assistant United States Attorney |
| 10 | | | Attorneys for Defendant |

## **ORDER**

Based on the above stipulation of the parties, and good cause appearing, the time for Defendant to file a responsive brief shall be extended to June 18, 2018. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**April 19, 2018**__    /s/ Erin P. Grosjean
            _____
            UNITED STATES MAGISTRATE JUDGE