# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ALVARADO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No: 1:17-cv-00662-EPG<br><br>ORDER OF REMAND<br><br>(ECF No. 24) |

Pursuant to the stipulation by the parties, through their respective counsel (ECF No. 24),

This action is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council is to remand this case to an Administrative Law Judge (ALJ) for a new decision. On remand, the ALJ is to be instructed to obtain supplemental vocational evidence in order to determine whether Plaintiff can perform other work at Step 5.

The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **July 5, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE